IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


GAIL MIDDLETON,

     Plaintiff,

v.                                                          4:13cv132-WS

DOUG CRUCE, et al.,

     Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

     Before the court is the magistrate judge's report and recommendation (doc. 62) docketed April 15, 2014.  No objections to the report and recommendation have been filed.

     The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

     1.  The magistrate judge's report and recommendation (doc. 62) is hereby ADOPTED and incorporated by reference in this order.

     2.  Terry Middleton's motion (doc. 58) for substitution of parties is

DENIED.

3.  Doug Cruce and Erica Grimes are DISMISSED from this action for failure to serve process within 120 days pursuant to Fed. R. Civ. P. 4(m).

4.  The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this ___21st___ day of ___May___, 2014.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE