IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOYCE McCARTHY,
Administrator ad Litem of the
Estate of GAIL MIDDLETON,

    Plaintiff,

vs.                                                            Case No. 4:13cv132-WS/CAS

CONSULATE HEALTH CARE,
et al.,

    Defendants.

_____/

## SECOND REPORT AND RECOMMENDATION

Plaintiff has filed a motion for judgment on the pleadings. Doc. 75. The motion was filed after entry of the Order by Senior United States District Judge William Stafford, doc. 74, adopting the Report and Recommendation, doc. 73, and dismissing Plaintiff's First Amendment claims against Defendant Tremmie Robinson, but denying the motion to dismiss as to Plaintiff's claim against Defendant Robinson for failing to provide Plaintiff with a copy of her medical records in violation of 42 U.S.C. § 1395i-3(c)(1)(A)(vi). Plaintiff was provided with an opportunity to file a second amended complaint. Doc. 74.

Plaintiff asserts in her motion that process was served on Defendant Robinson on August 26, 2013, and that Defendant "did not admit or deny the allegations" which

must be deemed to be Defendant Robinson's "admission by silence" pursuant to FED. R. CIV. P. 8(b)(6). Doc. 75 at 2. Plaintiff seeks a judgment against Defendant Robinson for more than $75,000.00. *Id.*

Plaintiff's motion should be denied. Defendant Robinson filed a motion to dismiss pursuant to Rule 12(b), or in the alternative a motion for a more definite statement under Rule 12(e), not a pleading responsive to the allegations of the complaint. Doc. 25. Rule 12 expressly permits a motion to be filed prior to serving an answer. FED. R. CIV. P. 12(a)(4); 12(b). Defendant Robinson has not yet filed an answer in response to the amended complaint's allegations, nor has the Defendant been required to do so because Plaintiff was first required to submit a second amended complaint. Doc. 74. Moreover, Rule 12(c) directs that a motion for judgment on the pleadings may be filed "[a]fter the pleadings are closed." FED. R. CIV. P. 12(c). Plaintiff's motion, doc. 75, has been prematurely filed because the pleadings are not yet closed. Plaintiff only filed the second amended complaint, doc. 78, on September 15, 2014, just seven days *after* the motion for judgment on the pleadings was filed. Defendant Robinson may choose to file an answer or another motion to dismiss, but that time has not yet elapsed.

On the same day Plaintiff filed the second amended complaint, she also filed a successive, identical motion for judgment on the pleadings. Doc. 77. A motion need only be filed once. For the same reasons the original motion, doc. 75, should be denied, the second motion, doc. 77, should also be denied.

## RECOMMENDATION

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motions for judgment on the pleadings, docs. 75 and 77, be **DENIED** and this case be **REMANDED** for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on September 18, 2014.

    S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**