UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOYCE McCARTHY,
Administrator ad Litem of the
Estate of Gail Middleton,

    Plaintiff,

v.                                        4:13cv132-WS

CONSULATE HEALTH CARE,
et al.,

    Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S SECOND REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation (doc. 79) docketed September 18, 2014. No objections to the report and recommendation have been filed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 79) is hereby

ADOPTED and incorporated by reference in this order.

2. The plaintiff's motions (docs. 75 & 77) are DENIED.

3. The case shall be returned to the magistrate judge for further proceedings.

DONE AND ORDERED this  21st  day of  October , 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE