UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JOYCE McCARTHY,
Administrator ad Litem of the
Estate of GAIL MIDDLETON,

      Plaintiff,

v.                                                                          4:13cv132-WS

CONSULATE HEALTH CARE,
et al.,

      Defendants.

_____


ORDER ADOPTING THE MAGISTRATE JUDGE'S
THIRD REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's third report and recommendation

(doc. 88) docketed October 23, 2014.  No objections to the report and

recommendation have been filed.

      The court has reviewed the record and has determined that the magistrate

judge's report and recommendation should be adopted.  Accordingly, it is

ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 88) is hereby

ADOPTED and incorporated by reference in this order.

     2.  Defendant Howard's motion (doc. 82) to strike, construed as a motion to dismiss, is DENIED.

     3.  The case shall be returned to the magistrate judge for further proceedings.

     DONE AND ORDERED this ___1st___ day of ___December___, 2014.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE