UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOYCE McCARTHY,
Administrator ad Litem of the
Estate of GAIL MIDDLETON,

    Plaintiff,

v.                                        4:13cv132-WS

CONSULATE HEALTH CARE,
et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 106) docketed March 29, 2016. No objections to the report and recommendation have been filed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 106) is hereby

ADOPTED and incorporated by reference in this order.

2. The plaintiff's motion (doc. 105) to reopen the case is DENIED.

DONE AND ORDERED this      28th      day of     April    , 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE